IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

DEAN BARRETT, )
)
    Plaintiff, )
)
v. ) No. 17-0635-CV-W-BP
)
US BANK, NA, )
)
    Defendant. )

## JUDGMENT IN A CIVIL CASE

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_X\_\_\_ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

ORDER according to the Amended Complaint, Plaintiff's FCRA claim depends on his assertion that all of his debts to Defendant were extinguished by the Order Discharging Debtor after Completion of Chapter 13 Plan was issued on May 26, 2015. However, the Amended Complaint's allegations and the Bankruptcy Court's records establish that this assertion is incorrect: Plaintiff had at least two distinct obligations to Defendant that survived the bankruptcy. Therefore, the Motion to Dismiss, (Doc. 26), is **GRANTED**.

Dated : 12/18/2017

/s/Paige Wymore-Wynn
Clerk of Court

/s/ K. McIlvain
Deputy Clerk